# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sylvia Jackson,

   Plaintiff,        JUDGMENT IN A CIVIL CASE

vs.             3:09-cv-193-RJC

Michael J. Astrue,
Commissioner of Social Security,

   Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 22, 2010 Order.

            Signed: October 22, 2010

            *[signature]*

            Frank G. Johns, Clerk
            United States District Court