UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-193-RJC-DCK

| | |
|---|---|
| SYLVIA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on remand from the Fourth Circuit. As per the circuit's February 23, 2012 opinion, this Court remands this case to the Commissioner under sentence six of Section 405(g) for consideration of new material evidence. (Doc. Nos. 33; 35).

**IT IS, THEREFORE, ORDERED** that:

1. This cause is remanded to the Commissioner under sentence six of Section 405(g) for consideration of new material evidence.

Signed: April 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge